CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 10 2019
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| LINDSEY C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:19cv00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW M. SAUL, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Report and Recommendation ("R&R") filed by Magistrate Judge Hoppe [ECF No. 19], Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 13], and the Commissioner's unopposed Motion to Remand [ECF No. 18], it is hereby **ORDERED** that the R&R is **ADOPTED** in its entirety,[1] the Commissioner's Motion to Remand is **GRANTED**, and Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED AS MOOT**. This matter is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The clerk is directed to forward a copy of this Order to Magistrate Judge Hoppe and all counsel of record, and to close this case.

**ENTERED** this 10th day of October, 2019.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although the parties have fourteen days to object to the R&R, neither party objects to a remand.